

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00158-CR
### No. 10-09-00159-CR

## EX PARTE WILLIAM JOHNSON

### From the 12th District Court
### Walker County, Texas
### Trial Court Nos. 24632 and 24634

## MEMORANDUM OPINION

We withdraw the opinion and judgment issued in these proceedings dated July 22, 2009, and issue this opinion and judgment dated August 5, 2009.

William Johnson filed notices of appeal with this Court regarding two writ of habeas corpus proceedings filed in the trial court. After the notices of appeal were filed, the Court was informed that Johnson received all the relief he requested by the petitions for writ of habeas corpus in the trial court. If Johnson received the relief requested, it would make the appeals moot and we would be without jurisdiction to decide any issue.

The Clerk of this Court notified Johnson by letter that we questioned our jurisdiction. In the same letter, the Clerk warned Johnson that the Court would dismiss

the appeals unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeals. Johnson has not provided a response.

Accordingly, these appeals are dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeals dismissed
Opinion delivered and filed August 5, 2009
Do not publish
[CR25]